IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

PHILIP STEVEN BRYANT                                                                              PLAINTIFF

v.                                         Case No. 2:12-CV-02196

MICHAEL J. ASTRUE, Commissioner of
Social Security Administration                                                                  DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the Commissioner's Motion to Remand (Doc. 12) is GRANTED, and this case is remanded to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

IT IS SO ADJUDGED this 12th day of April, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE